IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TYRONE OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-942-DRH |
| | ) | |
| ROGER E. WALKER, (DIRECTOR) | ) | |
| WARDEN HOLMES, | ) | |
| WARDEN MCADORY, | ) | |
| DR. FAISA AHMED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

Before the Court is plaintiff's "Motion to Assist with Discovery/Send Docket." **(Doc. 103).** Plaintiff requests that the Court order "the assistance of discovery" and the provision of a copy of the docket and/or the entire case file. Plaintiff is of the belief that, since he has been granted pauper status, he is entitled to free copies of *any* document he requests in the course of discovery, as well as free copies of documents requested from the Clerk of Court.

Plaintiff is mistaken. Pursuant to 28 U.S.C. § 1915, pauper status amounts to: (1) a waiver of the *prepayment* of the filing fee; (2) service of process by the U.S. Marshal at the expense of the government; and (3) it permits the Court to further authorize payment of: (a) printing the record on appeal in any civil or criminal case, if such printing is required by the appellate court; (b) preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district; and (c) printing the record on appeal if such printing is required by the appellate court. That is all. Of course, prison authorities must afford a pen, paper and the stamp necessary to file a legal action, and access to

legal materials, but little more.  *See Bounds v. Smith*, 430 U.S. 817 (1977); and *Gibson v. McEvers*, 631 F.2d 95, 98 (7th Cir. 1980).

**IT IS THEREFORE ORDERED** that plaintiff's "Motion to Assist with Discovery/Send Docket"**(Doc. 103)** is **DENIED**.  As a one-time courtesy, the Clerk of Court is directed to provide plaintiff with a copy of the docket sheet for this action.

**IT IS SO ORDERED.**

**DATED: June 9, 2005**

<pre>                                        s/ Clifford J. Proud
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**</pre>