IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TYRONE OWENS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   Civil No.  **02-942-DRH** |
| | ) |
| **C/O BURGESS, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to "relax procedure [sic] rules." **(Doc. 121).** Plaintiff notes that he is proceeding without the assistance of counsel, and he asks the Court to take that into consideration. In addition, plaintiff requests that the Court permit him to serve only one copy of each document he files on the defendants, who are all represented by the same attorneys.

Throughout the litigation of this case, the Court will construe plaintiff's pleadings liberally, and will not hold plaintiff to the same standard as an attorney. Although the Court will also attempt to give plaintiff a bit of leeway with respect to the procedural rules, that does not mean that the Court can simply ignore applicable procedural rules.

Plaintiff may continue to serve one copy of each document he files with the Court on counsel for the defendants for as long as they are all represented by the same counsel.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 121)** is **GRANTED IN PART AND DENIED IN PART.**

**IT IS SO ORDERED.**

DATED:  February 17, 2006

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
