IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TYRONE OWENS,**

**Plaintiff,**

**v.**

**DR. FAISAL AHMED, et al.,**

**Defendants.**                                              **No. 02-CV-942-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

Before the Court is a Stipulation to Dismiss all of Plaintiff's claims against Defendant Ahmed, which has been executed by counsel for Defendants and by Plaintiff on behalf of himself (Doc. 218). **IT IS ORDERED** that this action is hereby dismissed with prejudice. Clerk to issue judgment at the close of the case.

**IT IS SO ORDERED.**

Signed this 12th day of September, 2006.

/s/        David   RHerndon
**United States District Judge**