# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TYRONE OWENS,**

    **Plaintiff,**

**v.**     **CIVIL ACTION NO. 02-CV-942-DRH**

**C/O BURGESS, et al.,**

    **Defendants.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendants' Motions for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the motions are **GRANTED.** Judgment is entered in favor of Defendants Nancy Thomas, Terri D. Coleman, C/O Boone, C/O Heiman, C/O Fedderke, C/O Rowland, Melody Ford, Nancy Tucker, Nurse Shelton, C. Mathis, Tom Maue, Jay Ziegler, Shorn, C/O Payne, Sgt. Pelker, C/O Lockhead, J. Ryan, Latoya Owens, Major Inman, Debi Middendorf, Mary West, Assistant Warden Ucthman, Assistant Warden Spiller, Captain Slover, Karla Klindworth, Lt. Bowers, C/O Colonne, Gail Broshears, Lt. Butler, Lt. Schuler, Warden McAdory, Roger E. Walker, C/O Burgess, C/O Severs, Lieutenant Lowry, Warden Holmes, and Captain Whisenhunt and against Plaintiff Tyrone Owens.

**IT IS FURTHER ORDERED AND ADJUDGED** that the complaint is dismissed for failure to prosecute as to Defendants Dr. Korman, C/O McGee, Lt. Oats, Nurse Sandra, C/O Anderson and C/O Johnson.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal signed by the parties the above action is DISMISSED with prejudice as to Defendant Faisa Ahmed.

**NORBERT G. JAWORSKI, CLERK**

May 21, 2007                                BY:   /s/Patricia Brown
                                                  Deputy Clerk

APPROVED: /s/    David   RHerndon
          **U.S. DISTRICT JUDGE**